1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney

5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      Facsmile:   (408) 535-5066

8  Attorneys for Plaintiff

**FILED**

JUL 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 05-00282-JW
                                       )
15          Plaintiff,                 )   STIPULATION REGARDING
                                       )   EXCLUDABLE TIME AND [~~PROPOSED~~]
16      v.                             )   ORDER
                                       )
17  TRAVIS TOOLE,                      )
                                       )
18          Defendants.                )
    _____)

19      It is hereby stipulated and agreed between defendant Travis Toole, and defense counsel Jesse

20  Garcia, and the United States as follows:

21      On July 14, 2005, the defendant appeared and defense counsel Jesse Garcia was substituted

22  in the case.  A status conference was set for July 25, 2005 at 1:30 p.m. before the Honorable

23  James Ware.

24      In this case, new defense counsel is obtaining discovery from prior defense counsel Carleen

25  Arlidge .  The parties stipulate and move the Court to exclude time under the Speedy Trial Act

26  from July 14, 2005, until the next status conference on July 25, 2005, because the parties believe

27  that the ends of justice served by the granting of such a continuance outweigh the best interests of

28  the public and the defendant in a speedy trial, particularly since reasonable time is needed for the

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 05-00282-JW

1    defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),

2    3161(h)(8)(B)(ii).  The parties further stipulate that time may be excluded for reasonable time for

3    defense preparation, since the failure to exclude time would deny counsel for the defendant

4    reasonable time necessary for effective preparation, taking into account the exercise of due

5    diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

6        So stipulated.

7    Dated: July 14, 2005                    KEVIN V. RYAN
                                            United States Attorney,

8

9

10                                           MARK L. KROTOSKI
                                            Assistant United States Attorney
11

12       So stipulated.

     Dated: July 14, 2005
13

14                                           JESSE GARCIA
                                            Attorney for Defendant Toole
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 05-00282-JW                                Page 2 of 3

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the time between July 14, 2005 and July 25, 2005 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation.. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED: July 14/2005

_____
HOWARD R. LLOYD
United States Magistrate Judge