-FILING

```
GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton Avenue
Suite 208
Hayward, California  94544
Telephone:  (510) 887-7445
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR 05-00282 JW |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | SUBSTITUTION OF COUNSEL |
| TRAVIS TOOLE, ) | AND (~~PROPOSED~~) ORDER |
| ) | |
| Defendant. ) | |

Defendant herein, TRAVIS TOOLE, hereby requests that the Carlene Arlidge, be relieved and that Jesse J. Garcia, Esq., whom I have retained, be substituted in its place to represent me.

DATED: 07/13/05        /s/Travis Toole
                       TRAVIS TOOLE

I consent to the above substitution.

DATED: 07/13/05        /s/Carlene Arlidge
                       CARLENE ARLIDGE
                       Attorney at Law

I consent to the above substitution.

DATED: 07/13/05
                       /s/Jesse J. Garcia
                       JESSE J. GARCIA
                       Attorney at Law
                       Bar Card 61223

IT IS SO ORDERED

Dated: 7/15/05

~~RICHARD SEEBORG~~  Howard Lloyd
United States ~~District~~ Magistrate Judge