1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      Facsmile:   (408) 535-5066

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,       )   No. CR 05-00282-JW
14                                 )
          Plaintiff,                )  STIPULATION REGARDING
15                                 )   EXCLUDABLE TIME AND [PROPOSED]
       v.                           )  ORDER
16                                 )
   TRAVIS TOOLE,                   )
17                                 )
          Defendants.               )
18 _____ )

19     It is hereby stipulated and agreed between defendant Travis Toole, and defense counsel Jesse

20 Garcia, and the United States as follows:

21     A status conference was set for July 25, 2005 at 1:30 p.m. before the Honorable James Ware.

22 Defense counsel Jess Garcia has a state court conflict for the hearing and requests that this matter

23 be continued to August 22, 2005 at 1:30 p.m.

24     The parties stipulate and move the Court to exclude time under the Speedy Trial Act from

25 July 25, 2005, until the next status conference on August 22, 2005, because the parties believe

26 that the ends of justice served by the granting of such a continuance outweigh the best interests

27 of the public and the defendant in a speedy trial, particularly since reasonable time is needed for

28 the defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 05-00282-JW

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Ware)

1  3161(h)(8)(B)(ii).  The parties further stipulate that time may be excluded for reasonable time for
2  defense preparation, since the failure to exclude time would deny counsel for the defendant
3  reasonable time necessary for effective preparation, taking into account the exercise of due
4  diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).
5      So stipulated.
6  Dated: July 22, 2005                              KEVIN V. RYAN
                                                     United States Attorney
7
8
                                                     _____/s/_____
9                                                    MARK L. KROTOSKI
                                                     Assistant United States Attorney
10
       So stipulated.
11
   Dated: July 22, 2005
12
                                                     _____/s/_____
13                                                   JESSE GARCIA
                                                     Attorney for Defendant Toole
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 05-00282-JW                           Page 2 of  3

1  **ORDER**

2  Based upon the foregoing Stipulation and good cause appearing therefor,

3  **IT IS HEREBY ORDERED** that the time between July 25, 2005 and August 22, 2005 shall

4  be excluded from the computation period within which the trial must commence, for the reasons

5  and based upon the statutory provisions set forth by the parties in this Stipulation, including that

6  time is needed for effective defense preparation..  The Court finds that the ends of justice

7  outweigh the interests of the public and the parties in a speedier trial based upon the grounds set

8  forth above.

9  DATED: July 22, 2005

10

11                                                                   /s/ James Ware
                                                                 JAMES WARE
12                                                               United States District Judge