| | |
|---|---|
| 1 | KEVIN V. RYAN (CASB 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4 | MARK KROTOSKI (CASBN 1234568)<br>Assistant United States Attorney |

150 Almaden Blvd. Suite 900
San Jose, California 95113
Telephone: (408) 535-5035

Attorneys for Plaintiff

*IT IS SO ORDERED — Judge James Ware — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA (seal)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00282-1 JW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | APPLICATION AUTHORIZING THE CLERK'S OFFICE TO RELEASE SEALED DOCUMENTS TO LEGAL ASSISTANTS OR PARALEGAL OF UNITED STATES ATTORNEY'S OFFICE; and [~~PROPOSED~~] ORDER |
| v. | ) | |
| TRAVIS TOOLE, | ) | |
| Defendant. | ) | |

The United States of America, by and through Assistant United States Attorney Mark L. Krotoski, hereby applies for an order authorizing the Clerk's office to release any sealed documents in the above-entitled matter to any paralegal or legal assistant of the United States Attorney's Office.

DATED: September 6, 2005         Respectfully submitted,

                                 KEVIN V. RYAN
                                 United States Attorney


                                 _____
                                 MARK L. KROTOSKI
                                 Assistant United States Attorney

It is so ORDERED.

DATED: September 8 , 2005        /s/ James Ware
                                 HONORABLE JAMES WARE
                                 UNITED STATES DISTRICT JUDGE

**Application and ~~Proposed~~ Order**
**CR 05-00282-1 JW**