1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
      150 Almaden Avenue, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5035
7     FAX: (408) 535-5081

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,          )    No. CR 05-00282-JW
14                                     )
          Plaintiff,                   )
15                                     )    STIPULATION REQUESTING
      v.                               )    CONTINUANCE OF SENTENCING
16                                     )    HEARING AND [PROPOSED] ORDER
   TRAVIS TOOLE,                       )
17                                     )
          Defendant.                   )
18  _____ )

19      It is hereby stipulated and agreed between defendant Travis Toole, by and through his

20  counsel of record, Jesse Garcia, Esq., and the United States, by and through Assistant United

21  States Attorney Mark L. Krotoski, as follows:

22      1.  This matter is presently set for a sentencing hearing on February 13, 2006 at 1:30 p.m.

23      2.  The parties have identified additional sentencing issues that require additional time for

24  discussion and clarification with the Probation Officer and will need additional time to do so.

25      3.  The Probation Officer has been advised of this request and does not oppose a

26  continuance.

27  // // //

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00282-JW

1    For the foregoing reasons, and that the ends of justice are served by continuing this case, the

2  parties stipulate to a continuance of the sentencing hearing from February 13, 2006 at 1:30 p.m.

3  to March 27, 2006 at 1:30 p.m., or the next available date.

4    IT IS SO STIPULATED.

5  Dated: January 23, 2006                    KEVIN V. RYAN
                                             United States Attorney
6

7                                                 /S/

8                                             _____
                                             MARK L. KROTOSKI
                                             Assistant United States Attorney
9
  Dated: January 23, 2006
10                                                /S/

11                                            _____
                                             JESSE GARCIA
                                             Attorney for defendant Toole
12

    IT IS SO ORDERED.
13
    The sentencing hearing is continued from February 13, 2006 at 1:30 p.m. to March 27, 2006
14
  at 1:30 p.m.
15
  Dated: January 24, 2006
16

17                                            _____
                                             JAMES WARE
                                             United States District Judge
18

19
  Distribute To:
20
  Jesse J. Garcia, Esq.
21  225 West Winton Avenue, Suite 208
  Hayward, CA 94544-1219
22  FAX (510) 887-0646

23  Mark L. Krotoski
  AUSA
24  150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
25
  Benjamin Flores
26  U.S. Probation Officer
  280 South First Street
27  San Jose, CA 95113

28