1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
       150 Almaden Avenue, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      FAX: (408) 535-5081

8  Attorneys for Plaintiff

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00282-JW |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER |
| TRAVIS TOOLE, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed between defendant Travis Toole, by and through his counsel of record, Jesse Garcia, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1.  This matter is presently set for a sentencing hearing on March 27, 2006 at 1:30 p.m.

2.  The parties have identified additional sentencing issues that require additional time for discussion and clarification with the Probation Officer and will need additional time to do so. There are other scheduling matters which present a conflict.

3.  The Probation Officer has been advised of this request and does not oppose a continuance.

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00282-JW

1   For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate to a continuance of the sentencing hearing from March 27, 2006 at 1:30 p.m. to June 12, 2006 at 1:30 p.m., or the next available date.

   IT IS SO STIPULATED.

Dated: March 14, 2006                         KEVIN V. RYAN
                                              United States Attorney


                                              /s/
                                              _____
                                              MARK L. KROTOSKI
                                              Assistant United States Attorney

Dated: March 14, 2006
                                              /s/
                                              _____
                                              JESSE GARCIA
                                              Attorney for defendant Toole

   IT IS SO ORDERED.

   The sentencing hearing is continued from March 27, 2006 at 1:30 p.m. to June 12, 2006 at 1:30 p.m.

Dated: March 15, 2006
                                              _____
                                              JAMES WARE
                                              United States District Judge


Distribute To:

Jesse J. Garcia, Esq.
225 West Winton Avenue, Suite 208
Hayward, CA 94544-1219
FAX (510) 887-0646

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Benjamin Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113