IT IS SO ORDERED
/s/ James Ware
Judge James Ware

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
5    150 Almaden Avenue, Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5035
6    FAX: (408) 535-5081

7  Attorneys for Plaintiff

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN JOSE DIVISION
11

12

13 UNITED STATES OF AMERICA,        )   No. CR 05-00282-JW
                                    )
14         Plaintiff,               )
                                    )   STIPULATION REQUESTING
15      v.                          )   CONTINUANCE OF SENTENCING
                                    )   HEARING AND [PROPOSED] ORDER
16 TRAVIS TOOLE,                    )
                                    )
17         Defendant.               )
                                    )
18 _____

19     It is hereby stipulated and agreed between defendant Travis Toole, by and through his

20 counsel of record, Jesse Garcia, Esq., and the United States, by and through Assistant United

21 States Attorney Mark L. Krotoski, as follows:

22     1.  This matter is presently set for a sentencing hearing on June 12, 2006 at 1:30 p.m.

23     2.  The parties have not yet received the presentence report from the Probation Officer who

24 needs further time to complete the report.  The parties will require time to review the report once

25 the probation officer submits the presentence report.

26 // // //

27 // // //

28 // // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00282-JW

1    For the foregoing reasons, and that the ends of justice are served by continuing this case, the
2    parties stipulate to a continuance of the sentencing hearing from June 12, 2006 at 1:30 p.m. to
3    September 25, 2006 at 1:30 p.m., or the next available date.
4    IT IS SO STIPULATED.

5    Dated: May __, 2006                              KEVIN V. RYAN
                                                      United States Attorney
6
7
                                                      _____
8                                                     MARK L. KROTOSKI
                                                      Assistant United States Attorney
9
     Dated: May __, 2006
10
                                                      _____
11                                                    JESSE GARCIA
                                                      Attorney for defendant Toole
12
     IT IS SO ORDERED.
13
     The sentencing hearing is continued from March 27, 2006 at 1:30 p.m. to September 25,
14
     2006 at 1:30 p.m.
15
     Dated: June 9, 2006
16
                                                      _____
17                                                    JAMES WARE
                                                      United States District Judge
18

19   Distribute To:
20
     Jesse J. Garcia, Esq.
21   225 West Winton Avenue, Suite 208
     Hayward, CA 94544-1219
22   FAX (510) 887-0646

23   Mark L. Krotoski
     AUSA
24   150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
25
     Benjamin Flores
26   U.S. Probation Officer
     280 South First Street
27   San Jose, CA 95113

28