1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4

5     150 Almaden Avenue, Suite 900
      San Jose, California 95113
      Telephone: (408) 535-5035

6     FAX: (408) 535-5081

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT

9
                  NORTHERN DISTRICT OF CALIFORNIA

10
                       SAN JOSE DIVISION

11

12

13  UNITED STATES OF AMERICA,        )     No. CR 05-00282-JW
                                     )
14          Plaintiff,               )
                                     )
15      v.                           )     STIPULATION REQUESTING
                                     )     CONTINUANCE OF SENTENCING
                                     )     HEARING AND [PROPOSED] ORDER
16  TRAVIS TOOLE,                    )
                                     )
17          Defendant.               )
                                     )
    _____)
18

19      It is hereby stipulated and agreed between defendant Travis Toole, by and through his

20  counsel of record, Jesse Garcia, Esq., and the United States, by and through Assistant United

21  States Attorney Mark L. Krotoski, as follows:

22      1.  This matter is presently set for a sentencing hearing on October 2, 2006 at 1:30 p.m., after

23  the Court continued the hearing from September 25, 2006 to October 2, 2006.

24      2.  The probation officer has noted that the defendant has yet to schedule his presentence

25  interview and the presentence report cannot be completed pending this interview.  The defense

26  agrees to schedule the presentence interview.

27      3.  For the foregoing reasons, and that the ends of justice are served by continuing this case,

28  the parties stipulate to a continuance of the sentencing hearing from October 2, 2006 at 1:30 p.m.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00282-JW

1 | to November 13, 2006 at 1:30 p.m., or the next available date.

2 |    IT IS SO STIPULATED.

3 | Dated: September 13, 2006

KEVIN V. RYAN
United States Attorney

5 | /s/

6 | _____
MARK L. KROTOSKI
Assistant United States Attorney

7 | Dated: September 13, 2006

8 | /s/

9 | _____
JESSE GARCIA
Attorney for defendant Toole

10 |    IT IS SO ORDERED.

11 |    The sentencing hearing is continued from October 2, 2006 at 1:30 p.m. to November 13,

12 | 2006 at 1:30 p.m.

13 | Dated: September 14, 2006

15 | _____
JAMES WARE
United States District Judge

17 | Distribute To:

18 | Jesse J. Garcia, Esq.
225 West Winton Avenue, Suite 208
Hayward, CA 94544-1219
FAX (510) 887-0646

21 | Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

23 | Benjamin Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113

---

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00282-JW                 Page 2 of 2