KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TRAVIS TOOLE,<br><br>          Defendant. | No. CR 05-00282-JW<br><br>STIPULATION REQUESTING<br>CONTINUANCE OF SENTENCING<br>HEARING AND [~~PROPOSED~~] ORDER |

It is hereby stipulated and agreed between defendant Travis Toole, by and through his counsel of record, Jesse Garcia, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on November 13, 2006 at 1:30 p.m.

2. The probation officer has noted that the defendant has yet to schedule his presentence interview and the presentence report cannot be completed pending this interview.  The defense agrees to schedule the presentence interview.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate to a continuance of the sentencing hearing from November 13, 2006 at 1:30 p.m. to December 11, 2006 at 1:30 p.m., or the next available date.

1  IT IS SO STIPULATED.

2  Dated: <u>November 3, 2006</u>            KEVIN V. RYAN
                                             United States Attorney
3

4                                               /s/
                                             _____
5                                            MARK L. KROTOSKI
                                             Assistant United States Attorney
6
   Dated: <u>November 3, 2006</u>
7                                               /s/
                                             _____
8                                            JESSE GARCIA
                                             Attorney for defendant Toole
9

10  IT IS SO ORDERED.

11  The sentencing hearing is continued from November 13, 2006 at 1:30 p.m. to December 11, 2006 at 1:30 p.m.

12  Dated: November _3_, 2006

13                                           _/s/ James Ware_____
14                                           JAMES WARE
                                             United States District Judge
15

16
    Distribute To:
17
    Jesse J. Garcia, Esq.
18  225 West Winton Avenue, Suite 208
    Hayward, CA 94544-1219
19  FAX (510) 887-0646

20  Mark L. Krotoski
    AUSA
21  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
22
    Benjamin Flores
23  U.S. Probation Officer
    280 South First Street
24  San Jose, CA 95113

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [~~PROPOSED~~] ORDER
CR 05-00282-JW                    Page 2 of 2