KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

   150 Almaden Avenue, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVIS TOOLE,<br><br>    Defendant. | No. CR 05-00282-JW<br><br>STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [~~PROPOSED~~] ORDER |

    It is hereby stipulated and agreed between defendant Travis Toole, by and through his counsel of record, Jesse Garcia, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

    1. This matter is presently set for a sentencing hearing on December 11, 2006 at 1:30 p.m.

    2. The defense has scheduled the presentence interview of the defendant with the probation office on December 14, 2006. Additional time will be needed to complete the presentence report.

    3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate to a continuance of the sentencing hearing from December 11, 2006 at 1:30 p.m. to February 26, ~~2006~~ 2007 at 1:30 p.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [~~PROPOSED~~] ORDER
CR 05-00282-JW

1     IT IS SO STIPULATED.

2     Dated: November 29, 2006                         KEVIN V. RYAN
                                                                                      United States Attorney

                                                                                       /s/
                                                                                       _____
                                                                                       MARK L. KROTOSKI
                                                                                       Assistant United States Attorney

Dated: November 29, 2006

                                                                                       /s/
                                                                                       _____
                                                                                       JESSE GARCIA
                                                                                       Attorney for defendant Toole

    IT IS SO ORDERED.

    The sentencing hearing is continued from December 11, 2006 at 1:30 p.m. to February 26, 2007 ~~2006~~ at 1:30 p.m.

Dated: November 29, 2006

                                         _____
                                         JAMES WARE
                                         United States District Judge

Distribute To:

Jesse J. Garcia, Esq.
225 West Winton Avenue, Suite 208
Hayward, CA 94544-1219
FAX (510) 887-0646

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Benjamin Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113