1  JESSE J. GARCIA Bar # 41825
2  GARCIA, SCHNAYERSON & MOCKUS
   ATTORNEYS AT LAW
3  225 West Winton
   Suite 208
4  Hayward, California 94544
5  (510) 887-7445

6  Attorney for Defendant
7  TRAVIS TOOLE

**CHAMBERS COPY**
**FILED**

FEB 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO. CR-05-00282 JW |
| Plaintiffs, ) | STIPULATION AND (~~PROPOSED~~) JW |
| vs. ) | ORDER TO CONTINUE SENTENCING HEARING |
| TRAVIS TOOLE ) | DATE: February 26, 2007 |
| Defendant. ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon James Ware |

TRAVIS TOOLE, by and through his counsel, JESSE J. GARCIA, and the United States Government, by and through its counsel Mark Krotoski, Assistant United States Attorney, hereby agree that the sentencing hearing set for February 26, 2007, be re-scheduled. Currently there is a presentence interview with probation office on January 25, 2007. Additional time will be needed to complete the presentence report. For the foregoing reasons, and the ends of justice are served by continuing this case, the parties stipulate to a continuance of the sentencing hearing from

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND
(PROPOSED) ORDER CR-03-20115 JF                                              1

1  February 26, 2007 at 10:00 a.m. to April 16, 2007 at 10:00 a.m., or the next available date
2
3
4      IT IS SO STIPULATED.
5  DATED:     January 12, 2007
6
                                    Respectfully submitted,
7
8
9                                   JESSE J. GARCIA
                                    Attorney for Defendant
10                                  TRAVIS TOOLE
11
12 DATED:     January 15, 2007
13
                                    KEVIN V. RYAN
14                                  United States Attorney
15
16                                  MARK KROTOSKI
                                    Assistant United States Attorney
17
18     IT IS SO ORDERED.
19     Upon good cause shown, the sentencing hearing is continued from February 26, 2007 at
20 10:00 a.m.
                           1:30 PM
21 to April 16, 2007 at ~~10:00 a.m.~~, or the next available date.

22 Dated: ~~January~~ February 23, 2007.
                                    James Ware
23
24                                  ~~RONALD M. WHITE~~ JAMES WARE
                                    United States District Judge
25
26
27
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND
(PROPOSED) ORDER CR 05 20115 JF                              2