JESSE J. GARCIA (CSBN 061223)
GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
TRAVIS TOOLE



IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. CR-05-00282 JW |
| Plaintiffs, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| vs. | ) | **CONTINUANCE OF** |
| | ) | **SENTENCING HEARING** |
| | ) | |
| TRAVIS TOOLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      TRAVIS TOOLE, by and through his counsel, Jesse J. Garcia and the United States Government, by and through its counsel, Richard C. Cheng, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for August 13, 2007, be re-scheduled for October 22, 2007, at 1:30 p.m.

DATED:      August 10, 2007

                                              Respectfully submitted,

                                              /s/ Jesse J. Garcia
                                              JESSE J. GARCIA
                                              Attorney for Defendant
                                              Travis Toole

DATED:       August 10, 2007

/s/ Richard C. Cheng.
RICHARD C. CHENG
Assistant United States Attorney

**ORDER AND FINDINGS**

The sentencing date presently scheduled for August 13, 2007, is continued, the new sentencing hearing is set for October 22, 2007, at 1:30 p.m.

IT IS SO ORDERED.

DATED:   August 14, 2007



JAMES
United S